In the Matter of the Application of MARY A. REQUA, Appellant, for a Writ of Mandamus against the BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

*Matter of Requa* v. *Board of Education, N. Y. City,* 155 App. Div. 936, appeal dismissed.
(Argued April 14, 1913; decided April 29, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 1, 1913, which affirmed an order of Special Term denying a motion for re-argument and resettlement of a prior order denying a motion for a writ of mandamus to compel the board of education to recognize the petitioner as holding the office of director of physical education in the public schools of the city of New York.

*Mary A. Requa,* appellant, in person.

*Archibald R. Watson, Corporation Counsel (Terence Farley* of counsel), for respondent.

Appeal dismissed, without costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.